Commonwealth *v.* DeVaughn, Appellant.

Argued November 11, 1970. *Stanton D. Levenson,* with him *Levenson & Snyder,* for appellant; *Carol Mary Los,* Assist-

712

ant District Attorney, with her *Robert L. Campbell,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.